

**RECEIVED**

JAN - 9 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **MICHAEL K. DUBOIS** | **CIVIL ACTION NO. 05-0124** |
| **VS.** | **JUDGE DOHERTY** |
| **JO ANNE BARNHART, Commissioner**<br>**Social Security Administration** | **MAGISTRATE JUDGE METHVIN** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin for her Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Commissioner's decision is **AFFIRMED** and the case is **DISMISSED**.

Lafayette, Louisiana this ____ day of _____, _____

_____
**REBECCA F. DOHERTY**
UNITED STATES DISTRICT COURT

**UNITED STATES DISTRICT COURT**